IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY J. SERAFINI,<br>   Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 07-253<br>) |
| COMMISSIONER OF SOCIAL<br>SECURITY,<br>   Defendant. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 24th day of Oct, 2007, after the plaintiff filed a petition seeking review of the final determination of the Commissioner of Social Security disallowing his claim for a period of disability or for disability insurance benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 8) is granted, that the defendant's motion for summary judgment (Document No. 11) is denied, that the decision of the Commissioner is reversed, and that judgment is entered accordingly.

_____
United States District Judge