IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY J. SERAFINI, | ) |
| Plaintiff | ) CIVIL ACTION NO. 07-0253 |
| 5. | ) JUDGE LANCASTER |
| | ) MAGISTRATE JUDGE MITCHELL |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) *Electronic Filing* |
| Defendant. | ) |

## ORDER

AND NOW, this the 25 day of Feb, 2008, upon consideration of Plaintiff's Petition for Award of Attorneys Fees Under the Equal Access to Justice Act and Defendant's Response thereto, it is hereby ORDERED and DECREED that Defendant shall pay to Robert W. Gillikin, II, Esquire, as Plaintiff's assignee, attorney fees in the amount of Two Thousand Seven Hundred and Eighty-Four ($2,784.00) Dollars and costs in the amount of Three Hundred and Fifty ($350.00) Dollars.

_____ J.